SEYFARTH SHAW LLP
Brian T. Ashe (State Bar No. 139999)
Email:  bashe@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
HOLIDAY RETIREMENT CORP.;
HOLIDAY RETIREMENT CONSULTING SERVICES LLC;
HRC INVESTORS CORP.;
OAKMONT RETIREMENT RESIDENCE;
HARVEST OAKMONT RETIREMENT RESIDENCE, LLC;
HARVEST MANAGEMENT SUB, LLC;
HARVEST FACILITY HOLDINGS LP;
HARVEST FACILITY HOLDINGS II LP;
HARVEST FACILITY HOLDINGS GP LLC; and
HARVEST FACILITY HOLDINGS II GP LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BLANKENSHIP, an individual, SANDRA BLANKENSHIP, an individual,<br><br>            Plaintiffs,<br><br>    v.<br><br>HOLIDAY RETIREMENT, INC., a Delaware Corporation; et al,<br><br>            Defendants. | Case No. 2:08-CV-02052-JAM-CMK<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Complaint Filed:  July 30, 2008 |

Pursuant to Federal Rule of Civil Procedure 40(a)(1), the parties to the above-captioned matter, by and through their respective counsel of record, hereby stipulate that the following defendants shall be dismissed from this action with prejudice:  HOLIDAY RETIREMENT CORP.; HOLIDAY RETIREMENT CONSULTING SERVICES LLC; HRC INVESTORS CORP.; OAKMONT RETIREMENT RESIDENCE; HARVEST OAKMONT RETIREMENT RESIDENCE, LLC; HARVEST MANAGEMENT SUB, LLC; HARVEST FACILITY HOLDINGS LP; HARVEST FACILITY HOLDINGS II LP; HARVEST FACILITY

PDF created with pdfFactory trial version www.pdffactory.com


HOLDINGS GP LLC; and HARVEST FACILITY HOLDINGS II GP LLC.  Each party is to bear its own attorneys' fees and costs.

DATED: October ____ , 2008

Respectfully submitted,

SEYFARTH SHAW LLP

By_____
    Brian T. Ashe
Attorneys for Defendants
HOLIDAY RETIREMENT CORP.;
HOLIDAY RETIREMENT CONSULTING SERVICES LLC; HRC INVESTORS CORP.; OAKMONT RETIREMENT RESIDENCE; HARVEST OAKMONT RETIREMENT RESIDENCE, LLC; HARVEST FACILITY HOLDINGS LP; HARVEST FACILITY HOLDINGS II LP; HARVEST FACILITY HOLDINGS GP LLC; and HARVEST FACILITY HOLDINGS II GP LLC

DATED: October ____ , 2008

Respectfully submitted,

STEPHEN F. DANZ & ASSOCIATES

By_____
    Steven M. Sokoloff
Attorneys for Plaintiffs
DANIEL BLANKENSHIP and SANDRA BLANKENSHIP

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to the stipulation set forth above and GOOD CAUSE appearing therefore, this lawsuit is dismissed with prejudice as to Defendants HOLIDAY RETIREMENT CORP., HOLIDAY RETIREMENT CONSULTING SERVICES LLC; HRC INVESTORS CORP.; OAKMONT RETIREMENT RESIDENCE; HARVEST OAKMONT RETIREMENT RESIDENCE, LLC; HARVEST MANAGEMENT SUB, LLC; HARVEST FACILITY HOLDINGS LP; HARVEST FACILITY HOLDINGS II LP; HARVEST FACILITY HOLDINGS GP LLC; and HARVEST FACILITY HOLDINGS II GP LLC.  Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  October 31 , 2008

/s/ John A. Mendez
    Hon. John A. Mendez
JUDGE OF THE U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SF1 28337341.1

PDF created with pdfFactory trial version www.pdffactory.com